Mark Punzalan (State Bar No. 247599)
Email: mark@chanpunzalan.com
Stephen Stanwood (State Bar No. 316661)
Email: stephen@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150
Facsimile: 650.362.4151

*Counsel for Plaintiff and Counter-Defendant
Advanced Risk Managers, LLC*

LVOVICH & SZUCSKO, P.C.
MILLA L. LVOVICH (SBN 225589)
HANNAH R. SALASSI (SBN 230117)
260 California Street, Suite 1001
San Francisco, CA 94111
Telephone No.: 415-392-2560
Facsimile No.: 415-391-4060

SCOTT S. BALBER (*pro hac vice*)
Scott.Balber@hsf.com
Jonathan Cross (*pro hac vice*)
Jonathan.Cross@hsf.com
Geng Li (*pro hac vice*)
Geng.Li@hsf.com
HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (917) 542-7600
Facsimile: (917) 542-7601

*Counsel for Defendant and Counter-Claimant
RENAISSANCE REINSURANCE U.S. INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED RISK MANAGERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>RENAISSANCE REINSURANCE U.S. INC.,<br><br>Defendant | Case No. 4:18-cv-00264-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REFERRAL TO MAGISTRATE JUDGE BEELER FOR SETTLEMENT CONFERENCE** |

1. Plaintiff Advanced Risk Managers, LLC and Defendant Renaissance Reinsurance U.S. Inc., by and through their respective counsel, hereby STIPULATE as follows:

2. On June 13, 2018, the parties filed a Joint Case Management Statement, in which the parties stated their agreement to participate in an early settlement conference with Magistrate Judge Beeler. On June 15, 2018, Court issued an order vacating the Case Management Conference scheduled for June 20, 2018. The Court indicated that having reviewed the parties' most recent Joint Case Management Statement, a conference was unnecessary at this time.

3. The parties jointly STIPULATE and respectfully request that the Court refer this matter to a settlement conference before Magistrate Judge Beeler at a time to be arranged.

Dated: July 26, 2018  /s/ Mark Punzalan
Mark Punzalan (SBN 247599)
mark@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Ste. 154
San Mateo, CA 94403
Telephone: 650.362.4150
Facsimile: 650.362.4151

*Counsel for Plaintiff and Counter-Defendant Advanced Risk Managers, LLC*

Dated: July 26, 2018  /s/ Hannah R. Salassi
Hannah R. Salassi (SBN 230117)
hannah@landslawgroup.com
LVOVICH & SZUCSKO, P.C.
260 California St., Ste. 1001
San Francisco, CA 94111
Telephone: 415.392.2560 x114
Facsimile: 415.391.4060

HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Ave.
New York, NY 10017
Telephone: 917.542.7600
Facsimile: 917.542.7601

*Counsel for Defendant and Counter-Claimant Renaissance Reinsurance U.S. Inc.*

**~~PROPOSED~~ ORDER**

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

This matter is referred to a settlement conference before Magistrate Judge Laurel Beeler, at a time to be arranged.

Date: July  27 , 2018        By: _____
The Honorable Jon S. Tigar
United States District Judge