UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED RISK MANAGERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RENAISSANCE REINSURANCE U.S., INC., <br><br> Defendant. | Case No. 18-cv-00264-JST (SK) <br><br> **ORDER REGARDING DISCOVERY DISPUTE** <br><br> Regarding Docket No. 49 |

Plaintiff Advance Risk Managers, LLC ("Advance") submitted a letter brief regarding a discovery dispute with Defendant Renaissance Reinsurance U.S., Inc. ("Renaissance"). (Dkt. 49.) Renaissance did not provide input into the letter brief. Renaissance may file a response of no more than four pages by Wednesday, September 26, 2018 to respond to Plaintiff's letter brief. The Court will then take the matter under submission.

The Court warns Advance that Advance must provide sufficient opportunity to respond to a request for a joint letter brief. It appears from the record submitted by Advance that Renaissance had little time to provide its portion. The Court warns counsel for Advance that future actions of this nature will result in sanctions.

**IT IS SO ORDERED**.

Dated: September 24, 2018

						_____
						SALLIE KIM
						United States Magistrate Judge